PROB 12C
(6/16)

ECF No 82

Report Date:  May 27, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 28, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy Matthew Smith     Case Number: 0980 2:21CR00129-TOR-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 3, 2022

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(a), 924(a)(2)

Original Sentence:     Prison - 24 months;          Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:     Annika C. Tangvald          Date Supervision Commenced:

Defense Attorney:     Adrien Lindsay Fox          Date Supervision Expires:

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on April 25, 2025.

On April 29, 2024, a supervision intake was completed.  Timothy Smith signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: It is alleged that Timothy Smith violated the terms of his supervised release by being in possession of a controlled substance, methamphetamine, on or about May 18, 2026, in violation of R.C.W. 69.50.1013.

On May 18, 2026, Timothy Smith was apprehended by the U.S. Marshals Service (USMS). Deputies with the USMS located suspected illicit drugs on Mr. Smith's person and therefore contacted the Spokane Police Department (SPD).

The USMS provided SPD with a fanny pack that was removed from Mr. Smith.  Within the fanny pack was a white crystalline substance believed to be methamphetamine.  The substance weighed 30 grams.  A narcotics field testing kit was utilized and noted the substance to be methamphetamine.  In addition to the suspected methamphetamine, a tooter, a digital scale and a white chalk colored rock believed to be fentanyl was located in the fanny pack as well.

**Prob12C**
**Re: Smith, Timothy Matthew**
**May 27, 2026**
**Page 2**

**Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that Timothy Smith violated the terms of his supervised release by being in possession of a controlled substance, methamphetamine, on or about May 18, 2026.

See additional information provided in the supporting evidence of violation number 4.

**Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**:  It is alleged that Timothy Smith violated the terms of his supervised release by violating a protection order, on or about May 18, 2026, in violation of R.C.W. 7.105.450.5.

On May 18, 2026, Timothy Smith was apprehended by the U.S. Marshals Service (USMS). Deputies with the USMS located suspected illicit drugs on Mr. Smith's person and therefore contacted the Spokane Police Department (SPD).

Officers with the SPD responded.  Mr. Smith was noted to have an active no contact order that prohibited him from being within 1,000 feet of a particular residence.  Mr. Smith was observed by the USMS leaving a residence that is located less than 1,000 feet from the residence he was prohibited from being near.  According to Google maps, the residence he was observed leaving is located  less than 100 feet from the prohibited residence.  He was then arrested at a nearby gas station, which is also located less than 1,000 feet from the prohibited residence.  Due to his prior convictions, it appears this violation of a protection order is a felony.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     05/27/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

**Prob12C**
**Re: Smith, Timothy Matthew**
**May 27, 2026**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[X]    Defendant to appear before the Judge assigned to the
       case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

May 28, 2026
_____
Date